

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2014

No. 04-13-00618-CV

Victor E. **LOPEZ,**
Appellant

v.

**VANDERBILT MORTGAGE AND FINANCE, INC.,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00960
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

    Appellant's request for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before February 24, 2014. If an appellate brief that complies with Rule 38.1 is not filed by February 24, 2014, this appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court